## Weinberger v. Friedman.

*Morris B. Gelb*, for plaintiff; *Tinkham & Myers*, for defendant.

NEWCOMB, P. J., March 7, 1930.—The question is on the regularity of the proceedings had by a justice of the peace.

On plaintiff's claim of $50 judgment was entered against defendant "for the sum of $50 and $8.50 costs."

This was erroneous. Costs are recoverable only as an incident to a judgment. They can not be both an incident to and also an integral part of the judgment debt: Garey and Pender *v.* Redmond, 4 Lacka. Jurist, 52.

This ground of objection is fatal and the other exceptions may be disregarded.

Judgment reversed.

From William A. Wilcox, Scranton, Pa.